IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNIE QUARTERMAN,            )
                              )
     Plaintiff,               )
                              )
v.                            )   CASE NO. CV420-006
                              )
CITY OF WALTHOURVILLE, GEORGIA,)
and MAYOR DAISY S. PRAY, in her)
Individual Capacity,          )
                              )
     Defendants.              )
                              )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 5.) After careful consideration and review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

SO ORDERED this 19th day of February 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA