# Exhibit "A"

October 17, 2017

My name is Shana T. Moss, and I was employed with the City of Walthourville from June 19, 2012 until February 23, 2017. During my tenure with the city, I was the Human Resources Administrator until March of 2013 and was promoted to City Clerk and I performed dual duties until my departure from the city on February 23, 2017. In my role, I interacted with elected officials, department heads and employees; however, the majority of my time involved direct interaction with the Mayor, Daisy S. Pray.

Around December 2015, after the November General Election, Mayor Pray, Police Chief Bernie Quarterman and I were standing on the porch of the Police Department. Mayor Pray was talking and told us; that, since Larry Baker won the election (a council seat), she knew he would be planning to run against her for mayor in the next election (2019) and "we need to find a way to set him up, so he won't be eligible to run." Both Chief Quarterman and myself remained silent, Chief Quarterman finally said, Mayor we have to have evidence and facts, we can't set people up.

Around February 2016, Mayor Pray, Chief Quarterman and I, were talking in the conference room at City Hall, Mayor Pray, brought up the subject again, and said, "we have to find a way to set Councilman Baker up, Chief can't you put some drugs in his car." I immediately responded, "Mayor, this is too much, I don't want to hear nothing like this, and I immediately left and retreated back to my office. I heard Chief Quarterman say, "Mayor, we can't do anything like that.

Regards,

Shana T. Moss

# Exhibit "B"

To whom it may concern,

I am writing this in reference to a statement made by Sgt. J. Burgess after Chief Quarterman was suspended in December of 2017. After Chief Quarterman was suspended I was speaking with Sgt. J Burgess in reference to some articles that were posted in the news. Sgt. J Burgess stated that the statement about Mayor Pray threatening the Chief was just a joke the Mayor had made and that he had spoke with Chief Quarterman about that after it had happened and told him that she was just joking.

When I was advised by Sgt. Burgess several months prior about the statement made by Mayor Pray he had stated that he could not believe she had said that and that he was shocked. Sgt. Burgess also made the statement to Chief Quarterman in the main office at the Walthourville Police Department in my presence that he should not take that statement lightly and that they were crooked over there and nobody knows what they are capable of. Nothing Further.

Sgt. S. Wright

Exhibit "C"

**City Council**

Charlie Anderson, Sr.
Larry D. Baker
Patricia A. Green
Lucirta L. Lovette
Vincent K. Pray

# City of Walthourville

### Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

**City Administration**

Melissa A. Jones
City Clerk

Bernie Quarterman, Sr.
Police Chief

Terry L. Satterfield
Fire Chief

# INTEROFFICE MEMO

| | |
|---|---|
| **To:** | Chief Bernie Quarterman, Interim Fire Chief Anthony Burns, Arnold Wilson, Melissa A. Jones |
| **From:** | Mayor Daisy S. Pray |
| **Date:** | August 16, 2017 |
| **Subject:** | Approval of Overtime |

Effective August 16, 2017, all overtime must be approved by the Human Resources Administrator, Melissa A. Jones. Overtime must be approved by Ms. Jones prior to it being worked. For public works and city hall overtime is defined as hours worked more than 40 in the seven-day work period. Overtime is defined as those hours more than 53 per week, in an established 14-day work period for the fire department. Overtime is defined as those hours more than 43 per week, in an established 14-day work period for the police department. Failure to comply with this memo will result in disciplinary action.

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

# Exhibit "D"

to Anthony, me, Arnold, Daisy

Per Mayor Pray,

All overtime must be approved by the Human Resources Administrator, Melissa A. Jones, before it is allowed.
If you have any questions, feel free to contact myself or the Mayor.  This is effective immediately, a memo will
also be placed in your box at City Hall this afternoon in regards to this.

**Bernie Quarterman, Sr. <bquarterman@cityofwalthourville.com>**          Aug
                                                                          17

to andersoncharli., Jerald, Steven, Latarchia, Larry, Vincent, Luciria, Patricia, Melissa, Daisy

Good Evening
Please be advised that Officer Lee will work on shift on 8-18-2017 from 1900hrs to 0700hrs on
8-19-2017. This is a pre-arranged shift which was approved by the supervisors and me weeks
before this overtime directive was sent out. She is working the shift in the place of officer Long
who will be off on a pre-approve request. Thank you for your immediate approval  and
understanding allowing this overtime, as I am sure you would not want the City of Walthourville
to be unsecure. There are several days in the up coming future that will need to be cover and
overtime will be use. This is well within our payroll budget.
Thank You
Chief Quarterman

**Bernie Quarterman, Sr. <bquarterman@cityofwalthourville.com>**  Aug
19

to Daisy, Melissa, andersoncharli., Patricia, Luciria, Larry, Vincent, Jerald, Steven, Shelly

Good Morning Mayor Pray and Mrs. Jones  8-19-2017 0241hrs.

As mention on Friday August 11th, 2017; there is a location in the city that needs to be
looked into inreference to illegal activity which could lead to child endangerment, if not address.
I further mentioned that the assistant of another agency is available as well as a children
service agency's concern with the welfare of the children. I am awaiting your approval on this
to inform those assisting agencies as we were instructed to get permission to conduct this part of
our duties.

# Exhibit "E"

-   As of now I could only-relay that I am awaiting your approval.
-   I and my sergeants are also requesting that we put the new applicant on the fast track through
the hiring procedures/process in order to prevent the possible crippling and/or unnecessary strain
on the Police Department and its personnel. As you are aware that we are losing an officer who
is accepting another employment. We conduct multiple tasks to secure the city and continue
our routine community/ proactive policing among other tasks simultaneously.

On Friday 8-18-2017 I worked shift from 1000hrs to 1800hrs and then 2200hrs to 0200hrs with
no problem at all to prevent crime. This latter shift was due to information of plan activity within
the city that could have possible turn into negative acts. Extra patrol up until this time prevented
any unfortunate acts. We did assist on (1) arrest and attempt apprehension of (1) suspect who
escape from another agency within the City of Walthourville.

With this information being provided we are asking that our request for the overtime hours and
speedy process of potential new hire be granted without delay to prevent criminal conduct from
taking over our city. We have an obligation to the citizens to make every attempt to secure
persons and property, and first and foremost swore to an oath that should not be restricted or
hinder by any means. All officers of the Walhtourville Police Department are on board with any
task given to us. We are in deep confusion why the Police Department is facing restriction to do
our job. Please inform us of your decision to allow us to continue to secure our city and if you
will provide the necessities to do so. Any help with this will be greatly appreciated.

Thank You
Chief Quarterman

 Gmail

Exhibit "F"

## Fwd: Requested Overtime

1 message

**Bernie Quarterman, Sr.** <bquarterman@cityofwalthourville.com>                Wed, Nov 15, 2017 at 8:48 AM

---------- Forwarded message ----------
From: **Bernie Quarterman, Sr.** <bquarterman@cityofwalthourville.com>
Date: Sun, Aug 20, 2017 at 8:05 PM
Subject: Requested Overtime
To: "Melissa A. Jones" <mjones@cityofwalthourville.com>, Daisy Pray <dpray@cityofwalthourville.com>,
ord.act.cityofwalthourville.com, Patricia Green <pgreen@cityofwalthourville.com>, Larry Baker
<lbaker@cityofwalthourville.com>, Luciria Lovette <llovette@cityofwalthourville.com>, Vincent Pray
<vpray@cityofwalthourville.com>, Jerald Burgess <jburgess@cityofwalthourville.com>, Steven Wright
<swright@cityofwalthourville.com>, Shelly Caddell <scaddell@cityofwalthourville.com>, Latarchia Lee
<llee@cityofwalthourville.com>

Mrs. Jones 8-20-2017 2047hrs

Per the directive to get pre approve permission to work overtime. Be advised the department is out right now on a
violence offender who process a weapon which is in the process of arrest. The outgoing officer will remain on shift to
assist and for officer safety which will require overtime. I cannot guess how long this arrest and processing will take.
There is another process to the arrest that is in front of the judge which more than likely will require overtime. We cannot
dictate when a criminal will conduct illegal activity. The micro-manage stress of requesting overtime through you to
conduct normal police procedure is unnecessary and compounding more stress. I should not have to inform you for us
officers to do our jobs.

Thank You

Chief Quarterman

 Gmail

Exhibit "G"

**...**

1 message

**Quin** <quart1999@yahoo.com>                                         Thu, Aug 24, 2017 at 8:22 AM
Reply-To: Quin <quart1999@yahoo.com>

Good Morning Mrs. Jones

The Police Department will be utilizing officers to work over time. The officers will be overlapping shifts as needed to continue our proactive policing as well as to fill in until we hire a new officer. It might be approximately 4 to 6 hours per day and approximately five days a week alternating hours and days. The days and hours will depend on activity within the city. The hours could be more or less determining on situations and events.

Can we speak soon on the new municipal court clerk position or just let me know what your plans for this position is? Our clerk is leaving soon and we need to prepare for upcoming court dates. We will be utilizing Mrs. Iverson who we have used as a fill in in the past. The Judge in in agreement with this fill in, however she is just a temp.

Chief Quarterman

# Exhibit "H"



# City of Walthourville
## Disciplinary Action Record

**EMPLOYEE'S NAME:** Bernie Quarterman     **Date:** August 25, 2017

**DEPT NAME:** Police     **SUPERVISOR'S NAME:** Daisy S. Pray

**Date of Infraction:** August 22, 2017

Verbal Reprimand: _____
Written Reprimand: __X__
Suspended without pay for _____ day(s) beginning _____    _____
Demotion (Attach Employee Action Record)
Termination _____

Type of Infraction (select one)
_____ Attendance    _____ Performance    _____ Safety _____ **Violation of City Policy**
__X__   **Other:** Insubordination

---

**Supervisor's description of infraction.** Include specific details (date, time, location, names of other employees involved, etc.).
Sgt. Burgess attended the City Council meeting on 8/22/17 and gave the report. At the department head meeting on August 9, 2017, I told you that you are to give the report at all City Council meetings. I further instructed you not to have Sgt. Burgess come in on his scheduled off day to attend the City Council meetings.

**Performance Improvement-Plan for Improvement (PIP).** Include specific time frames, if applicable.

You will attend all City Council meetings and brief the City Council on the police activity unless you are on approved leave. Failure to follow this PIP will result in suspension without pay.

_____

_____

_____

_____

_____

_____

**Supervisor** _Daisy S. Pray (Signature)_     Daisy S. Pray     8-28-17
Signature             Print Name            Date

**Department Head** _____

    Signature            **Print Name**            Date

**Employee** _signature_     Bernie Quarterman     8-28-17
Topic was    not Clarified
Signed To    prevent Further Actions

# Exhibit "I"

Chief Bernie Quarterman
Walthourville Police Department
P.O. Box K
192 B Talmadge Road
Walthourville, Georgia 31333

Wednesday, August 30th, 2017

Mayor Daisy Pray
Police Commissioner. Charlie Anderson
Walthourville City Council
City of Walthourville City Hall
222 Busbee Road
Walthourville. Georgia 31333

Please accept this letter in lieu of an *Appeal of Disciplinary Action form.* I do not have access to this form and I have requested this form Mr. Mellissa Jones, I was informed that I am no longer granted a grievance process under the new policy for this allegation. The allegation is under the old policy. In all my years and experiences I have never experience a policy that restricts and eliminate grievance procedures. You should compare the policies to give the worker some backing. This is a clear evidence of my civil liberties being violated. I will gladly attach this letter to the proper form for re-submittal upon receipt of the form.

According to Disciplinary Action Record I received on August 28th, 2017, it states "If you feel this action is unjust, you may complete an Appeal of Disciplinary Action form as outlined in the City's Appeal of Disciplinary Action Policy and present it to your supervisor."

### Grievance Procedure
Employees are allowed to use the grievance procedure without penalty, harassment or retaliation for doing so.  Each grievance will be fully processed until the employee receives a satisfactory decision/explanation or until the employee's right of appeal is exhausted.

During the August 9th, 2017 Head of Department Meeting, the question was asked, "Why did I called Sgt. Burgess in to give stats in council meetings."

I tried to explained that the supervisors do come in to attend several community events, attempting to explain council meeting, Code Enforcement, drug awareness, neighborhood watch, traffic meetings, hurricane preparedness and others which keep us connected to different entities allowing us to receive and share information awarding us to continue positive policing. Each time I was attempting to clarify this I was interrupted and cut off.

Even though Sgt. Burgess was mention in particular. At no time do I remember being directed to stop any supervisor from attending any events. Why should this obstruction be place on us? I was never directed to not have Sgt. Burgess perform his duties at the City Council

# Exhibit "I"E

meeting on August 22, 2017, which would be a departure from the common practice during past year.

Sgt. Burgess has attended the City Council meetings as part of his duties as the Code Enforcement Officer for the city of Walthourville during the past year. Having him also "brief the City Council on the police activity" was an economical use of personnel time. At no time was I instructed to have Sgt. Burgess to stop attending City Council Meetings.

According to the City of Walthourville Personnel Policy Manual that was in effect at this time "The employee will be interviewed during the investigation process. Prior to the investigation interview, the Mayor and City Council and/or their designee will inform the employee of the suspected violation and in general terms what the interview will be regarding."

At no time after the August 9th, 2017 Head of Department Meeting, was this matter ever discussed, e-mailed, written letter, or communicated in any manner.

Immediately after the August 22, 2017 City Council meeting, nothing was said to me, discussed, e-mailed, written letter, or communicated in any manner that continuing to having Sgt. Burgess perform his routine duties was a problem. Apparently 3 days later, this Disciplinary Action Record was drafted on August 25th, 2017 and then presented to me 3 days after that on August 28, 2017.

## Workplace Harassment and Retaliation

I recently presented documentation informing to the council of hardship, hostile and what I believe to be targeting environment and asked for protection from this and future retaliatory responses.

Prior to this reprimand on August 28th, 2017, I was ask "how to straighten up some of the personal situations caused by this hardship and hostility." I said I don't know and I don't have any problem, my focus is on the security of the city. The budget and assumption of personal lies was also mentioned, all which I feel assisted with this Retaliatory reprimand.

Details of the events are available if needed. As an ended result I am requesting that the Police Commissioner Charlie Anderson, and the City Council finds this reprimand to be unsubstantiated, invalid, and retaliatory in nature and allow me to show proof of targeting. I have 21 years in the United States Military and over 22 years in Law Enforcement. I have never been reprimanded and I have never experience anything close to what we are experiencing. Council please put a stop to this , we beg you all.

Once again I am asking the following, in accordance with City of Walthourville Personnel Policy Manual:

**Retaliation Strictly Prohibited**

As stated herein, employees have a duty to report any harassing conduct they either experience or observe.  Retaliation against any individual for reporting conduct which he or she believes to constitute workplace harassment (including sexual harassment) or for otherwise participating in any investigation or other proceeding relating to such a

# Exhibit "I"

complaint or report is a serious violation of this Policy and will be subject to appropriate corrective and/or disciplinary action

**Examples of Workplace Harassment.**   Workplace harassment may include, but is not limited to, the following:  Threatening, intimidating, abusive, or hostile acts directed to an individual because of his or her report or complaint of workplace harassment or participation as a witness or otherwise in any investigation or other proceeding relating to such a report or complaint.

**Workplace Harassment Defined.**  Workplace harassment is verbal or physical conduct that is either (a) directed toward an individual....

This Policy is applicable to and prohibits workplace harassment between employees and members of the public and is not limited to harassment between employees.  Moreover, this Policy is applicable to and prohibits harassment that adversely affects the workplace, regardless of whether it actually takes place in the workplace or during work hours.

**Management Responsibility.**  Managers and supervisors are to comply with the City of Walthourville's Anti-Harassment Policy and to work to prevent, detect, and correct any harassment occurrences in their areas of responsibility.   Managers and supervisors are responsible to ensure that the employees in their areas are aware of the Policy and that any and all complaints or reports of workplace harassment (including sexual harassment) are promptly and properly investigated and that any appropriate corrective action is taken.

I am begging you to stop this conduct within the City of Walthourville. So many current, currently leaving. and past employees have been victimized by this hostile working environment, to include myself.

As always I enjoy being part of the team moving forward to make the City of Walthourville a safer and better community for all of its citizens and employees.

Chief Bernie Quarterman
City of Walthourville Police Department

Please let me know if any of you have any questions or concerns. Always remember, you can contact me directly if you need to. Be safe out there and have a great weekend!

Melissa A. Jones
City Clerk/HR Administrator
P. O. Box K
Walthourville, GA 31333
*Office*: (912) 368-7501
*Cell:* (912) 532-3375
*Fax*: (912) 368-2803

Exhibit "J"

On Fri, Sep 1, 2017 at 8:50 AM, Bernie Quarterman, Sr. <bquarterman@cityofwalthourville.com> wrote:

Good Morning

Be advised that due to manpower restraint continuing holiday scheduling and operation (intensified traffic enforcement, security and monitoring). The officers and I will have to meet you at a later date to be announce reference the policy. We are overlapping shifts as a procedure to reduce any unfortunate events and security during the holiday weekend. As mention the officers and I have a number of courts next week as well as the Sergeants and I working on the new applicants files. I understand the other supervisors have a normal duty. However; I am only informing of the duties the Law Enforcement is mandated to conduct. Please take in consideration. As a reminder overtime will be require and use during these days. Have a Bless Holiday.

Chief

Quarterman

On Thu, Aug 31, 2017 at 12:43 PM, Bernie Quarterman, Sr. <bquarterman@cityofwalthourville.com> wrote:
Thank you

On Wed, Aug 30, 2017 at 2:11 PM, Melissa A. Jones <mjones@cityofwalthourville.com> wrote:
Good afternoon, I have responded to your questions in red.

Also can you send me the "Appeal of Disciplinary Action form" I can't find one. Your infraction is considered a minor disciplinary procedure. According to our policy, you can only file an appeal of disciplinary action form in regards to a major disciplinary procedure or an adverse action. You can write your rebuttal on the write-up and as I stated the day that you signed the write up, I will place it in your file with the write-up.

**City Council**

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Lucinia L. Lovette*
*Vincent K. Pray*

# Exhibit "K"
# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Terry L. Satterfield*
*Fire Chief*

October 15, 2017

Dear Chief Bernie Quarterman,

This is a notice of proposed adverse action issued in order to give you the opportunity to review the allegations of inappropriate and/or improper conduct made against you and object if you feel it necessary. I have not made a final decision regarding this proposed adverse action and your reply if any will be considered before I make my final decision regarding disposition of the charge and/or the punishment. In order to promote the efficiency of the City of Walthourville Police Department and maintain discipline, it has been proposed to suspend you for a period of three (3) days without pay for the period of October 23-25.

This proposed adverse action is based on the following allegations:

You were directly insubordinate to Mayor Daisy Pray, the Chief Executive Officer of the City of Walthourville. On August 16, 2017, all the department heads were notified via interoffice memo that all overtime in the City must be pre-approved by Ms. Melissa Jones prior to it being worked. You were personally informed of this policy by Mayor Daisy Pray on August 21, 2017 in a meeting attended by you, as well as Ms. Melissa Jones and the City Attorney. However, despite these two explanations and directions regarding City Policy, officers of your department continue to accrue overtime at an alarming rate. As an example, Latarshia Lee accrued 121 regular hours for the period between September 27 and October 10, 2017. SGT Wright accrued 98 during the same period. This is despite the fact that Officer Lee has filed a claim with the City for a violation of the Federal Overtime Laws and it was explained to you the reason and importance of the policy.

You have a right to review the material relied on to support the reasons in this notice and/or receive a copy of the evidence file, and may request it from Melissa Jones, City Clerk. If you do not fully understand the reasons for the proposed action, I will give you further explanation upon written request.

You have the right to answer both personally and in writing and to furnish affidavits and evidence in support of your answer. Concerning your written and/or oral replies, you will not be restricted to matters relating solely to the reasons for proposing this action, but you may plead extenuating circumstances or make any other representations which you consider appropriate. You may also submit such affidavits or other evidence that you wish to have considered in support of your reply. You also have the right to be represented by an attorney or other representative. A representative may be disallowed if the individual's activities as a representative could cause a conflict of interest or position, would give rise to unreasonable costs to the City, or would conflict with priority work assignments.

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

**City Council**

Charlie Anderson, Sr.
Larry D. Baker
Patricia A. Green
Lucivia L. Lovette
Vincent K. Pray

# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

**City Administration**

Melissa A. Jones
City Clerk

Bernie Quarterman, Sr.
Police Chief

Terry L. Satterfield
Fire Chief

Exhibit "K"

Any oral conference that you request will be conducted by Mayor Daisy Pray at her discretion within the next fourteen (14) days. Your written and/or oral reply must be received by 17:00 October 18, 2017. Consideration will be given to extending this time period if you submit a written request to Ms. Melissa Jones stating your reasons for desiring more time within the time frame specified above.

If you believe that personal, medical, or other problems are reasons for your actions, you may provide documentation of a medical condition or raise these problems in your written and/or oral reply.

A final decision will not be made in this matter until your reply or replies have been received and considered, or, if no reply is received, until after the time specified for the replies has passed. Any replies, affidavits or other evidence submitted by you will be given full consideration. You will be notified in writing of the final decision. Until a final decision is made, we ask that you take care of and secure any City of Walthourville equipment currently in your possession.

You will continue to work in your current capacity. If you should have questions regarding your rights or other procedures contained in this notice, please contact Melissa Jones at (912) 368-7501.

Sincerely,

Mayor Daisy S. Pray

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

# Exhibit "L"

# THE AMUSAN LAW FIRM, LLC.

*Attorney & Counselor At Law*
*31 West Congress Street, Suite 302*
**Mailing Address: Post Office Box 9752 ,   Savannah, Georgia 31412**

(912)232-0707             (912)232-0602 Fax        email: amusanlaw@amusan2.com

October 24,  2017

**BY  Email  &  Hand Delivery:**
Andrew Johnson, Esq. = ajohnson@coastallawyers.com
Mayor Daisy Pray
Mayor Pro Temp Charlie Anderson
City of Walthourville City Hall
222 Busbee Road
Walthourville, Georgia 31333

RE:   **Our Client**      :    **Chief Bernie Quarterman**
      **Your Client**     :    **City of Walthourville**
      **Subject**         :    **Proposed Adverse Action**

Dear Mayor Daisy Pray,

Pursuant to the content of your Proposed Adverse Action  letter, please find Chief's  Response and Request for Information.

As you are aware, since Officer Long's resignation the Police Department has been short (2) two full-time officers and (1) one part-time officer. This constitutes over (1/3) one-third of the entire department.

It is Human Resources responsibility to fill the vacant positions.   The Chief have requested on several occasions that these positions to be filled are expedited since June, thus reducing the necessity of over time.

The Chief has informed Ms. Melissa Jones by email to her on August 5th, 2017 about the necessity for over-time due to lack of man power in the Police Department. On August 14th, 2017 Chief's email to you was about the necessity of filling the vacant positions and what the strain of being under staffed has been for such a small Police Department. ( refer to emails )

Chief sent Emails  to Ms. Jones on August 17, 19, 20, 24, and September 1, in reference to the necessity of over-time due to the department being under staffed. ( refer to emails )

# Exhibit "L"

It is our understanding that the claim filed by Officer Lee was in reference to overtime pay which is not handled by the Police Department, but rather the City Payroll and Human Resources responsibility. As well as ensuring compliance with all Federal Compensation Laws. (See attached Over-Time Explained Memo)

Please find the following requests for information:

1. At this time Chief is requesting a full copy of the "evidence file."

2. At this time Chief is requesting "further explanation" for the reasons for the proposed action.

3. At this time Chief is requesting to be represented by an attorney.

4. At this time Chief is requesting additional time before a hearing to confer with counsel.

The Chief enjoys being part of the team moving forward to make the City of Walthourville a safer and better community for all of its citizens.


I look forward to hear from you soon.

Respectfully,

THE AMUSAN LAW FIRM, P.C.

/s/ Solomon A Amusan_____
Solomon A. Amusan, JD.
Counsel for Chief Quarterman

Cc: file
Cc:Chief Quarterman
SAA/ja

*City Council*

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Luciria L. Lovette*
*Vincent K. Pray*

# City of Walthourville
## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Terry L. Satterfield*
*Fire Chief*

# Exhibit "M"

October 27, 2017

**Proposed Letter of Reprimand**

Dear Chief Quarterman:

Within the last week, we have become aware of two separate issues which show your apparent disregard for the rules and regulations of the City of Walthourville and cast doubt on your ability to manage the Walthourville Police Department. Specifically, these are your failure to follow City protocol in regards to the service of the Summons and Complaint regarding Officer Lee and the apparent lack of certifications of Officer Lee. Both of these issues are discussed separately herein.

On or about August 1, 2017, you were served by a deputy of the Liberty County Sheriff's Department with a service packed for Officer Lee. You did not inform anyone of your receipt of these papers, and they remained on your desk for over a month, long after the time in which the City was legally required to file an answer to the lawsuit. The *Walthourville Personnel Manual* specifically provides as follows:

> When an employee is approached by a legal process server, they should refer the server to the City Attorney. Should an authority not be available and the employee is required to accept served papers, it is the employee's priority to locate and forward the information to either of the authorities listed without opening or reading the documents.

It was not until the Magistrate Court called City Hall and notified the City that it was in default that we were even aware of the filing of the proceedings. This is an unacceptable lapse for an individual holding the position of Police Chief.

As you are no doubt aware, the City of Walthourville recently settled a Federal Wage & Hour claim regarding past due overtime given to Officer Lee. In our review of the matter, we learned that Officer Lee has failed her Radar Certification twice, and has not been authorized to run radar within the City of Walthourville since she began working here over two years ago. Taking into account that Officer Lee will often work over 100 hours in a pay period, we question what duties she is actually performing on the road. We also question why this information was

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

# Exhibit "M"

We propose to place this letter in your employee file ten (10) days from today's date. You have the right to submit a written reply to this letter before then, either outlining a rebuttal to the statements contained herein, and/or a statement as to why this letter should not go into your file.   The Mayor will read your rebuttal/statement and make a decision. If she chooses to place this letter in your file, your rebuttal/statement will be placed there as well.

Respectfully,

*Melissa A. Jones*

Melissa A. Jones, City Clerk

# Exhibit "N"

Chief Bernie Quarterman
Walthourville Police Department
P.O. Box K
192 B Talmadge Road
Walthourville, Georgia 31333

Monday, October 30th, 2017

Mayor Daisy Pray
Mayor Pro Temp Charlie Anderson
City of Walthourville City Hall
222 Busbee Road
Walthourville, Georgia 31333

Dear Mayor Daisy Pray,

Please find my request for Appeal.

I did sign on behalf of a servicing for Officer Lee. I then made a copy of the documents for Office Lee and then place the originals in the "Inter Office" envelope to be delivered to City Hall, as is our policy. To the best of my knowledge, the on duty officer delivered the "Inter Office" envelope with all the contents of the daily documents to City Hall. What became of the documents after they were delivered to City Hall is beyond my knowledge. At no point did the documents enter my office. Had you inquired about these documents, I would have gladly informed you of how and when they were in my possession and at what point they left my possession, so that you could have attempted to discover why they were not given to the appropriate person.

This was not a suit involving the City of Walthourville, but a garnishment of Officer Lee's pay for a suit in which Officer Lee was the Defendant and a Mr. Pierre Pascale was the Plaintiff, case number MGCG2017000135.  The City of Wathourville was not a party in this case and there for not required to "file an answer to the lawsuit," but rather required to apply the court ordered garnishment to Officer Lee's pay. All such documents have always and will always be placed in the "Inter Office" envelope to be hand delivered by the on duty officer.

This is a very clear attempt at Retaliation and outlandish attempt to create infractions. Such gross misrepresentation of the fact is astonishing and disappointing, especially since you, Mrs. Jones, just re-drafted the entire *Walthourville Personnel Manual* making major changes.  The protocol cited in this *Proposed Letter of Reprimand* does not apply in this situation, as it is in reference to Lawsuits Against the City of Walthourville, as follows:

## Lawsuits Against the City of Walthourville

When an employee is approached by a legal process server, they should refer the server to the City Attorney.  Should an authority not be available and the employee is required to accept served papers, it is the employee's priority to locate and forward the information to either of the authorities listed without opening or reading the documents.

No employee shall discuss aspects of any legal situation that is subject to or is currently

# Exhibit "N"Exhibit

involved in a lawsuit or hearing without first consulting with the Mayor and/or their designee or legal counsel.  Likewise, if an employee is approached for a press release or news quote, refer all contacts to the Mayor and City Council and/or their designee.

I am aware that the City of Walthourville recently settled a Federal Wage & Hour claim regarding an increase in pay the Officer Lee was approved for by you Mayor Pray, but was not applied to her pay. During the course of discover in her case by her attorney it was also discovered that the City of Walthourville was also in violation of the Federal and State laws pertaining to the city's policy in paying overtime for all of its officers, of which Officer Lee's attorney then added the underpayment into her settlement.

Officer Lee's Wage suit has no bearing on her Radar Certification, but was is fact the deficiency of the City of Walthourville's payroll processing department and the Human Resources Department. Once again, I believe this to be Retaliation, as you are solely focusing on Office Lee's certifications in an outlandish attempt to create infractions.

If, Officer Lee failure of Radar certification is in question. Radar certification is not a requirement for Officer Lee's position. When Officer Lee fail to Radar training, post was notified and human resource was notified. There is more to police work than Radar Operation. This is not hidden, it is n her post. Obviously someone has visit her POST to bring this to attention again with the initial false allegation. Officer Lee is not under investigation, but it seems since she has obtained legal assistant for pay violation she and I have been a target of false allegation and subjected to hostile working environment and harassment.   Why are we not questioning Officer Smith and Mrs. Taylor's that are under POST investigation? And why are you pushing so hard to place these subjects to be employed by the City of Walthourville. Mayor I think this need to come into question. I am at a blink why Mrs. Jones is making the appearance as she is using every legal means to manipulate the hiring process. **When in fact per our directive Mr. Smith should have not been interview without being thoroughly vetted. Mrs. Taylor has no documented experience in this field and did not meet the application timeline requirements. There is a liability of having questionable employees within the city.**

This seems to be an issue that the Mayor, Chief, City Councils, and Human Resource need to seriously speak about.

I am asking again for the Hostile working environment and the harassment to cease.

Officer Lee has been an intrigue part in maintaining the safety and security of the City of Walthourville. She has performed her duties and responsibilities in a verity of capacities to aid and assist in preventing crime, in the arrest and prosecution of offenders, as well traffic violations, with a very high success rate which is reflected in the decrease in the crime rate while Officer Lee has been working here over the last two years.

Issuing speeding tickets, via radar, is not the only duty and responsibility of a Police Officer, as you are implying.

Per your request, I am providing the current training level of all of the current, new, and potentially new officers.

> ➤   Sg Burgess – Training up to date

# Exhibit "N"

> Sgt wright – Training up to date
> Off Lee – Training up to date

All training is up to date for 2017 thus far, officer have been notified of training needed before ending 2017.

> Officer Delaford -Training Up to date
> Officer Smith, Robert - Currently under Post Investigation
> Mrs. Taylor, Chandra -  Currently under Post investigation

Please find the following written request:

1.      At this time I am requesting a full copy of the "evidence file."

2.      At this time I am requesting "further explanation" for the reasons for the proposed action.

3.      At this time I am requesting to be represented by an attorney.

4.      At this time I am requesting additional time before a hearing to confer with council.

As always I enjoy being part of the team moving forward to make the City of Walthourville a safer and better community for all of its citizens.

Chief Bernie Quarterman
City of Walthourville Police Department

# Exhibit "N"

## TRAINING PLAN: RADAR 12-7-2017

Ofc. Lee lesson plan for attending RADAR / LIDAR certification. For each step the prior step has to be completed. Please go over each step to make sure each portion of step is completed before continuing on to the next step.

1. Speak with officer about attending specialized certification (radar/lidar).
2. If officer wants to attend radar class or if it becomes mandatory for officer to attend radar class then locate a class that is within proximity to department. If step 2 occurs then we will proceed with step 3.
3. Current classes are TBD and will have to locate one that fits in with scheduling and location for officer to travel to.  If step 2 and 3 occur then proceed to step 4.
4. After locating a class and making sure it can fit in with scheduling then register officer for the class.
5. Have officer attend class.

*City Council*

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Luciria L. Lovette*
*Vincent K. Pray*

# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Terry L. Satterfield*
*Fire Chief*

November 1, 2017

## Exhibit "O"

Chief Bernie Quarterman
128 Shipman Road
Fleming, GA 31309

**RE: Notice of Proposed Action**

Chief Quarterman,

You were previously served with a notice of Proposed Action. Within the Notice, you were given until 17:00 October 18, 2017 to respond in writing or orally and to request a hearing. Through your attorney, you requested an extension. We gave you until October 25, 2017 to respond to the Notice, which your attorney did on that date. Although you did not specifically request a hearing within your response, we have scheduled a hearing for **Wednesday, November 8, 2017** at **1:00 P.M** in the conference room at Walthourville City Hall.

If you want to schedule a time prior to then to review your file and the evidence against you, I am available today and tomorrow if you and your attorney would like to schedule a time.

Respectfully,

Melissa A. Jones

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

# Exhibit "P"

# THE AMUSAN LAW FIRM, LLC.

*Attorney & Counselor At Law*
*31 West Congress Street, Suite 302*
Mailing Address: Post Office Box 9752 ,   Savannah, Georgia 31412

(912)232-0707          (912)232-0602 Fax       email: amusanlaw@amusan2.com

November 6, 2017

**BY Email & Hand Delivery:**
Andrew Johnson, Esq. = ajohnson@coastallawyers.com
Mayor Daisy Pray
Melissa A. Jones
Mayor Pro Temp Charlie Anderson
City of Walthourville City Hall
222 Busbee Road
Walthourville, Georgia 31333

RE:   **Our Client**        :   **Chief Bernie Quarterman**
      **Your Client**       :   **City of Walthourville**
      **Subject**           :   **Proposed Hearing Notice 11/08/2017**

Dear Ms. Melissa A. Jones:

We are in receipt of your November 1, 2017, Notice of proposed Hearing scheduled for Wednesday, November 8, 2017 at 1:00 p.m..

**PREREQUISITE:** Please refer to our letter dated 11/06/2017 renewing our request for production of "evidence file" and our request for "further explanation" for the reason of the proposed action. We asked for no hearing in our response because due process calls for disclosure of this information prior to a hearing. Please produce.

**CONFLICT:** Moreover, please be advised that Counsel has a conflict in schedule to the proposed date of hearing. Counsel will appear for a BENCH TRIAL before the Glynn County Magistrate Court in MG17.01445.

The Chief enjoys being part of the team moving forward to make the City of Walthourville a safer and better community for all of its citizens.

Respectfully,



Gmail

Exhibit "Q"

Melissa A. Jones <mjones@cityofwalthourville.com>

## CONFLICT: NOTICE OF PROPOSED HEARING 11/09/17
2 messages

**Solomon Amusan** <amusanlaw@amusan2.com>                    Thu, Nov 9, 2017 at 6:59 AM
To: Atty Andrew Johnson <ajohnson@coastallawyers.com>
Cc: "mjones@cityofwalthourville.com" <mjones@cityofwalthourville.com>, "dpray@cityofwalthourville.com"
<dpray@cityofwalthourville.com>

CONFLICT: MEDIATION Edward Johnson v. Daniel Narh-Martey MGCV17.11413  9:00AM

9:00AM City of Walthourville Administrative Hearing- Chief Quarterman

1:30 PM State Court Chatham County  Judge Fowler Pretrial Angel Young R16.5288

1:30 PM Recorders Ct. Chatham Cty Judge Odell Ronald Baynes Jr.


Mr. Johnson:

Please see above my CONFLICT in shedule for this 9:00 AM 11/09/17 schedules Proposed
Adverse Action  Hearing in the above case.

I am the Lead Counsel in all these cases.

I RESOLVED TO APPEAR FOR MEDIATION AND THEN STATE AND RECORDER's COURT

Please reschedule this matter for the next available date.

Thank you

THE AMUSAN LAW FIRM

Solomon A. Amusan

912-308-7457

# Exhibit "R"

**Andrew Johnson** <ajohnson@coastallawyers.com>
To: Solomon Amusan <amusanlaw@amusan2.com>, Jeffery Arnold <jarnold@coastallawyers.com>
Cc: "mjones@cityofwalthourville.com" <mjones@cityofwalthourville.com>, "dpray@cityofwalthourville.com"
<dpray@cityofwalthourville.com>

Thu, Nov 9, 2017 at 8:21 AM

Mr. Amusan,



The hearing will continue as scheduled.  You were notified on Monday afternoon that we would accommodate your conflict in Chatham County on Wednesday, despite the fact that we were not obligated to. Within the same e-mail, we let you know of the new date and time of the hearing.  Now, with less than an hour to go before the hearing, we

https://mail.google.com/mail/u/0/?ui=2&ik=cef804be5a&jsver=M-xhRWn0lp0.en.&view=pt&q=amusan&qs=true&search=query&th=15fa0f118d66e2a8&...   1/2

1. 14/2017

City of Walthourville Mail - CONFLICT: NOTICE OF PROPOSED HEARING 11/09/17

are being notified that you are not able to appear.  This matter has dragged on for several weeks now as we have accommodated your multiple requests.  The City, the citizens of Walthourville, and even your client, deserve finality. Myself, the Mayor, and Melissa Jones will be at the Walthourville City Hall at 9:00.

Respectfully,

Andrew Johnson

Drew Johnson

*City Council*

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Lucinia L. Lovette*
*Vincent K. Pray*

# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Anthony T. Burns*
*Interim Fire Chief*

November 22, 2017

# Exhibit "S"

RE: Final Letter of Suspension

Dear Chief Quarterman:

This letter confirms the result of the hearing held at City Hall at 4:00 PM on November 15, 2017. As part of the overall negotiated resolution to all pending matters, agreed to accept a three-day, unpaid suspension. The suspension starts on November 17, 2017 and ends on November 21, 2017. The reason for the suspension is outlined in the initial Letter of Proposed Adverse Action.

This Letter of Suspension, along with the initial Letter of Proposed Adverse Action will be placed in your personnel file and become a permanent part thereof.

Respectfully,

Melissa A. Jones, City Clerk

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

*City Council*

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Luciria L. Lovette*
*Vincent K. Pray*

# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Anthony T. Burns*
*Interim Fire Chief*

November 29, 2017

RE: Final Letter of Reprimand          Exhibit "T"

Dear Chief Quarterman:

This letter confirms the result of the hearing held at City Hall at 4:00 PM on November 15, 2017. As part of the negotiated resolution to your proposed suspension, you stipulated and agreed to the following actions and the receipt of this letter.

1. On or about <u>August 1, 2017</u>, you were served by a deputy of the Liberty County Sheriff's Department with a service packet for a wage garnishment of Officer Lee. Despite directives within the Walthourville Personnel Manual, you claim to have placed the materials within an inter-office mail packet. Regardless of what may have happened to these papers, you stipulated and agreed that your handling of these materials was negligent. In the future, you will follow the directives of the Walthourville Personnel Manual and only accept service if same is forced upon you. In the event you have no choice but to accept a service packet, you will ensure that it is delivered to the proper individual(s).

2. You agreed that the training and qualifications of Officer Lee have been deficient in regards to her RADAR and/or LIDAR certification. Within seven (7) days of the receipt of this letter, you are to provide a proposed training/certification schedule for Officer Lee with the object of having her certified as soon as practical. Within sixty (60) days of your receipt of this letter, you are to provide a training/certification schedule for the entire department.

This Letter of Reprimand will be placed in your personnel file and become a permanent part thereof.

Respectfully,

*Melissa A. Jones, City Clerk*

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

# Exhibit "U"
## TRAINING PLAN: RADAR 12-7-2017

Ofc. Lee lesson plan for attending RADAR / LIDAR certification. For each step the prior step has to be completed. Please go over each step to make sure each portion of step is completed before continuing on to the next step.

1. Speak with officer about attending specialized certification (radar/lidar).
2. If officer wants to attend radar class or if it becomes mandatory for officer to attend radar class then locate a class that is within proximity to department. If step 2 occurs then we will proceed with step 3.
3. Current classes are TBD and will have to locate one that fits in with scheduling and location for officer to travel to. If step 2 and 3 occur then proceed to step 4.
4. After locating a class and making sure it can fit in with scheduling then register officer for the class.
5. Have officer attend class.

# Exhibit "V"

Re: Officer Lee's Suit Clarification and Request for Hostile Work Environment and Retaliation to Stop

Date: 12-7-2017

I Officer L. Lee from the Walthourville Police Department make the following statement in support of the Walthourville Georgia Chief of Police (Bernie Quarterman) and the Police Department. This is in reference to my law suit against the City of Walthourville Georgia. When I obtained Legal assistant it was because of back pay for 2016 to 2017. During the discovery my attorney discovered that I had not been paid equally for overtime hours I worked.

During the mediation with the city of Walthourville the documentation states they agreed to pay me for overtime worked. However that is just the mediation agreement. My attorney initially seeks for back pay and discovered overtime.

I make this state because the city is attempting to make this look as if the Chief have allow me to work overtime hours excessively without justification, which is not truth. I have work many special operations which overtime is needed to succeed in our investigations. I am sorry that the Chief is being retaliated against for doing his job in keeping the city secure and using the manpower at hand to do so. Even though his hiring and request for overtime approval was intentionally ignored. Now I feel the Chief, my Sergeant and I are all targets because I requested what is rightly mind. Now I am being demanded to attend specialize training by the City of Walthourville when this is not my choice and I do not need it to do my job.

It is clear that the City of Walthourville is targeting me particularly the Mayor; Daisy Pray and City Clerk Melissa Jones and using the Chief and my Sergeant to do this. As they have address issues that is brought to their attention by the City Clerk Melissa Jones through Mayor Daisy Pray. The Chief and my Sergeant have not complained about my job performance and said they have no problems. I would like to know how the Mayor and the City clerk know anything about my training and how did they get access to my POST. And why, why are you focusing on my POST. Stop bullying us and let us do our jobs. This is for the Chief, Sergeant and me to go into and see if I need or want additional training, not personnel.

I have had no problem or issues until Mayor Daisy Pray and City Clerk Melissa Jones because a team against the City Police Department, attacking me, the Chief and Sergeant who all are victims of Retaliation, Hostile work area, Discrimination and Extreme BULLYING.

Thanks

Latarchia M. Lee

# Exhibit "W"

To whom it may concern,

I am writing this in regards to an officer that is currently employed with the City of Walthourville, Ga Police Department and that is being required to be radar and/or lidar certified. The officer I am referring to is Ofc. Lee who is under the supervision of Sgt. S. Wright and Chief of Police B. Quarterman. The State of Georgia/POST requires an officer to be radar or lidar certified if they are using speed detection devices as a way of enforcing speed limits/speed detection. Radar and lidar are both specialized certifications and are not required to become a Certified Peace Officer in the State of Georgia and are not required to maintain your arrest powers in the State of Georgia. Furthermore to my knowledge there is not a requirement or an SOP that states an officer must be radar and/or lidar certified to be employed with this agency. There has been other individuals that were employed that did not carry a radar and/or lidar certification and they were not forced to obtain that specialized certification to work here. It should be left up to the officer if they do or do not want to obtain a certain specialized certification. There are some tasks that are required by POST that must be completed every year to keep a POST certification and arrest powers. To my knowledge every officer that is employed with this agency is up to date with their certification and they still have time to complete the required tasks if they have not. As long as officers meet the requirements of POST and the current SOP's then it should not be up to City Hall or human resources to intervene into the matter. The Chief of Police, supervisors and the individual officer should ultimately be the ones that are tasked with making sure the officer(s) maintain their POST certifications and which specialized certification they obtain. As well as previous incidents have proven that it is truly up to each officer to maintain their training and if they fail to meet the State requirements then they lose their arrest powers. The opportunity for classes should be available to officers to take the specialized training course but should not be forced if an officer does not want to take that specific course. Thanks for your assistance in this matter.

Sincerely,

Sgt. S. Wright

# Exhibit "X"

*City Council*

*Charlie Anderson, Sr.*
*Larry D. Baker*
*Patricia A. Green*
*Luciria L. Lovette*
*Vincent K. Pray*

# City of Walthourville

## Mayor Daisy S. Pray

Post Office Box K
Walthourville, Georgia 31333
Telephone: 912-368-7501
Fax: 912-368-2803

*City Administration*

*Melissa A. Jones*
*City Clerk*

*Bernie Quarterman, Sr.*
*Police Chief*

*Terry L. Satterfield*
*Fire Chief*

***AMENDED***
December 27, 2017

Via First Class Mail/Certified Return Receipt

RE:   Proposed Adverse Action

Dear Chief Quarterman:

This is a notice of proposed adverse action issued in order to give you the opportunity to review the charges against you and submit a response if you desire. In order to promote the efficiency of the City of Walthourville Police Department and maintain discipline, it has been proposed to remove you from your position as the Police Chief of the City of Walthourville on January 8, 2018.

This proposed adverse action is based on the following allegations:

On November 15, 2017, a hearing was held at the Walthourville City Hall regarding (1) a letter of Proposed Suspension and (2) a Proposed Letter of Reprimand. After testimony was taken, an agreement was reached between yourself and the City, where you acknowledged the misconduct leading to the two adverse actions and agreed to accept the Suspension and the Letter of Reprimand. Specifically, you agreed to the following:

1. That the policy of the City of Walthourville, as directed by the Mayor, required that all overtime must be approved in advance, in order for the City of Walthourville to maintain accurate and complete salary records. You agreed having knowledge of the policy, that you violated the policy, and that in the future you would abide by the policy. Regardless, in the two-week period immediately after your return to work (November 22- December 5), the department logged over 60 hours of overtime. No pre-approval for this overtime was requested.

2. That in order to promote the efficiency of the department, you agreed to provide a training schedule for a police officer within seven (7) days of the hearing with the goal of having that officer trained and certified to operate RADAR or LIDAR so that the police officer would be expected to perform all needed law enforcement duties. However, upon your return to work, you instead wrote the Mayor a letter indicating your refusal to provide such a schedule.

The City of Walthourville is giving notice by the advertisement that their services are available without regard to race, color, national origin, sex, religion, age, disability, political beliefs, sexual orientation and marital or family status. The City of Walthourville is an equal opportunity provider and employer.

# Exhibit "X"

**AMENDMENT:** Allegedly, this same officer was previously suspended by POST for failing to complete her annual training. Despite the fact that you were provided written notice of the suspension on or about February 3, 2016, the officer logged 96 hours for the pay period between 2/3/16 and 2/16/16. Pursuant to OCGA 35-8-21(d) and (g), this officer would have been without powers of arrest and have been unable to perform her duties as on officer of the City of Walthourville. Allowing her to work during this period potentially opened up the City to liability for any potentially illegal arrests or stops she may have made during this period.

In addition, the following issues have arisen:

1. It has been alleged that a police officer is writing speeding tickets, despite the fact that he is not LIDAR or RADAR certified. To our knowledge, the police officer has signed a total of nine (9) speeding tickets, indicating that he clocked the majority of their speed by laser. This is not permissible under the POST standards governing our police officers and the City of Walthourville is potentially liable for this alleged misconduct.

2. You have failed to get the Municipal Court Clerk entered into the GETS computerized records system. The clerk has continuously requested that you enter her into the system so that she may perform her job by conducting background checks and checking for outstanding warrants. Because this has not been done, the clerk has been sending individuals to the Liberty County Sheriff's Office or Hinesville Police Department for the requested reviews. The Clerk's position is an important segment of the law enforcement team, and it is vital to the City that she be permitted to do her job. It appears that this deficiency has been existing for at least thirty (30) days.

You have a right to review the material relied on to support the reasons in this notice and/or receive a copy of the evidence file upon written request submitted to Melissa A. Jones, City Clerk.

You have the right to answer both personally and in writing and to furnish affidavits and evidence in support of your answer. Concerning your written and/or oral replies, you will not be restricted to matters relating solely to the reasons for proposing this action, but you may plead extenuating circumstances or make any other representations which you consider appropriate. You may also submit such affidavits or other evidence that you wish to have considered in support of your reply. You also have the right to be represented by an attorney or other representative at your expense. A representative may be disallowed if the individual's activities as a representative could cause a conflict of interest or position, would give rise to unreasonable costs to the City, or would conflict with priority work assignments.

Any oral conference that you request, in writing, will be conducted by the Mayor at her discretion within the next 10 days. Your written and/or oral reply must be received by 3:00 PM January 3, 2018. Consideration will be given to extending this time period if you submit a written request to Ms. Melissa A. Jones stating your reasons for desiring more time within the time frame specified above.

# Exhibit "X"

If you believe that personal, medical, or other problems are reasons for your actions, you may provide documentation of a medical condition or raise these problems in your written and/or oral reply.

A final decision will not be made in this matter until your reply or replies have been received and considered, or, if no reply is received, until after the time specified for the replies has passed. Any replies, affidavits or other evidence submitted by you will be given full consideration. You will be notified in writing of the final decision. Until a final decision is made, we ask that you take care of and secure any City of Walthourville equipment and personal property currently in your possession.

You will be retained in a work status (suspended) until January 8, 2018 in your current capacity. If you should have questions regarding your rights or other procedures contained in this notice, please contact the undersigned at City Hall.

Respectfully,

*Melissa A. Jones*
Melissa A. Jones, City Clerk

Exhibit "Y"

Chief Bernie Quarterman
Walthourville Police Department
P.O. Box K
192 B Talmadge Road
Walthourville, Georgia 31333

Tuesday, January 2nd, 2017

Mayor Daisy Pray
Mayor Pro Temp Charlie Anderson
City of Walthourville City Hall
222 Busbee Road
Walthourville, Georgia 31333

Dear Mayor Daisy Pray,

Please find my request for Appeal for the following alleged and false allegations.

1.      I did not resume any duties or shifts until Monday, November 27th, 2017. I was officially suspended on November 9th, 2017 at which Mayor Daisy Pray appointed Sgt. Wright as interim Chief. The interim Chief Wright drafted the Shift Schedule for the remaining month of November and submitted it to Mrs. Mellissa Jones. This submitted November Shift Schedule remained in effect after my return to duty on November 27th, 2017. I did draft the December Shift Schedule, without the necessity of overtime. This December Shift Schedule was provided to Mrs. Melissa Jones. The following hours have been worked since I resumed my responsibilities in drafting the Shift Schedule effective December 1st, 2017 as well as the hours worked under the interim Chief Wright.

|  | Since 12/1 | 11/22 – 12/6 Regular | Holiday | Comp. | Overtime |
|---|---|---|---|---|---|
| Chief Quarterman | 38.5 | 65.5 | 16.0 | 36.0 | |
| Mrs. Taylor | 27.0 | 80.0 | | | 2.0 |
| Office Deliford | 38.0 | 80.0 | | | 6.0 |
| Officer Lee | 36.0 | 80.0 | | | 17.0 |
| Sgt. Burgess | 26.0 | 80.0 | 8.0 | | 19.0 |
| Sgt. Wright | 25.5 | 80.0 | 8.0 | | 31.5 |

The overtime that was utilized was during the month of November of which the Interim Chief Wright prepared the schedule. Per Mayor Daisy Pray's memo on August 16th, 2017, "Overtime is defined as those hours more than 43 per week, in an established 14-day work period for the police department." 31.5 hours of the overtime was for Sgt. Wright, then interim Chief.

2.      On December 7th, 2017 a "Training Plan" was provided to Mrs. Melissa Jones.

# Exhibit "Y"

3.    I am unaware of any officer writing speeding tickets who is not certified. At this time, I am requesting a copy of the alleged (9) speeding tickets as well as a copy of the associated officers POST certification.

4.    On December 12th, 2017 Mrs. Chanda Taylor was notified by email from Mrs. Branson that the process was initiated and that to "allow 10-12 business business days."

Please find the following written request:

1.    At this time I am requesting a full copy of the "evidence file."

2.    At this time I am requesting a copy of applicable Payroll Sheets, Training Plain that was provided, (9) speeding tickets, POST of officer referenced, e-mail from Mrs. Branson to Mrs. Taylor.

3.    At this time I am requesting "further explanation" for the reasons for the proposed action.

4.    At this time I am requesting to be represented by an attorney.

5.    At this time I am requesting additional time before a hearing to confer with council.

As always I enjoy being part of the team moving forward to make the City of Walthourville a safer and better community for all of its citizens.

Chief Bernie Quarterman
City of Walthourville Police Department

# November

## 2017

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8<br>Wright-7am-7pm<br>Lee-7pm-7am | 9<br>Wright-7am-7pm<br>Lee-7pm-7am | 10<br>Burgess- 7am-7pm<br>Deliford- 7am-7pm | 11<br>Burgess- 7am-7pm<br>Deliford- 7am-7pm<br>Wright- 7pm-7am |
| 12<br>Burgess- 7am-7pm<br>Deliford- 10am-7pm<br>Lee- 7pm-7am | 13<br>Wright-7am-7pm<br>Lee-7pm-7am | 14<br>Wright-7am-7pm<br>Lee-7pm-7am | 15<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am | 16<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am | 17<br>Wright-7am-7pm<br>Lee-7pm-7am | 18<br>Burgess-7am-7pm<br>Lee-7pm-7am |
| 19<br>Wright-7am-7pm<br>Lee-7pm-7am | 20<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am | 21<br>(Court)<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am<br>Lee-3pm-5pm | 22<br>Wright-7am-7pm<br>Lee-7pm-7am | 23<br>Burgess-7am-7pm<br>Lee-7pm-7am | 24<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am | 25<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am |
| 26<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Lee-7pm-7am | 27<br>Wright-7am-7pm<br>Lee-7pm-7am | 28<br>Burgess-7am-7pm<br>Lee-7pm-7am | 29<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am | 30<br>Wright-7am-7pm<br>Deliford- 10am-10pm<br>Burgess-7pm-7am | | |

Exhibit "Z"

11/1/2017-11/12/12 Have already been covered and approval been given. Schedule is subject to change.  The different colors depict each pay period.