IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNIE QUARTERMAN,                )
                                  )
          Plaintiff-Appellant,    )
                                  )
vs.                               )    Case No. CV420-006
                                  )
CITY OF WALTHOURVILLE, GEORGIA,   )
ET AL,                            )
                                  )
          Defendants-Appellees.   )
                                  )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this  18th  day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA