IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BERNIE QUARTERMAN,                        )
                                          )
            Plaintiff-Appellant,          )
                                          )
                                          )
vs.                                       )        Case No.  CV420-006
                                          )
CITY OF WALTHOURVILLE, GEORGIA,           )
MAYOR DAISY S. PRAY, MELISSA              )
JONES, JEFFERY ARNOLD, ANDREW             )
JOHNSON, In Their Individual              )
Capacities,                               )
                                          )
            Defendant-Appellee.           )

## O R D E R

The appeal in the above-styled action having been dismissed

by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court

of Appeals for the Eleventh Circuit is made the order of this

Court.

**SO ORDERED,** this _____*15ᵗʰ*_____ day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA